KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 MAR -9  AM 11: 49

DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

In Re:

JEFFREY LEE

Debtor.

Chapter 7

Bankruptcy No. 10-28130 

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. On November 17, 2010, Check # 101, in the amount of $1,065.74 was issued to Jeffrey Lee.

2. Said check was returned unclaimed by the postal department.

3. The unclaimed funds are on deposit in The Bank of New York Mellon, Account # 92005320093566.

4. The last known name and address of the payee, to which the check was sent, is as follows:

Jeffrey Lee
2056 E. Middleton Drive
Apt. 23
St. George, Utah 84770

5. A check in the amount of $1,065.74, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 8th day of March, 2011.

KENNETH A. RUSHTON, Trustee

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 8th day of March, 2011

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111